**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Andrei Armas, Esq. (SBN: 299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Stan Zakinov

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STAN ZAKINOV; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CHURCH & DWIGHT CO., INC.,**<br><br>Defendant. | Case No.: 3:15-cv-01992-BAS-KSC<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Judge**: Hon. Cynthia A. Bashant<br>**Mag**. **Judge**: Hon. Karen S. Crawford |

**NOTICE IS HEREBY GIVEN,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that plaintiff Stan Zakinov ("Plaintiff"), by and through his counsel, voluntarily dismisses the above-captioned action WITH PREJUDICE as to any and all claims that were or could have been asserted by Plaintiff against Church & Dwight Co., Inc., and WITHOUT PREJUDICE as to the putative class members' claims.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: February 16, 2016

BY: /s/ A<small>BBAS</small> K<small>AZEROUNIAN</small>
    A<small>BBAS</small> K<small>AZEROUNIAN</small>, E<small>SQ</small>.
    ATTORNEYS FOR PLAINTIFF